IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROSCOE JOHNSON- #154**                                                                 **PETITIONER**

v.                                                                                 No. 4:21-CV-00028-SA-RP

**BRANDON SMITH,**                                                            **RESPONDENT**
*Warden*

### ORDER

Rosco Johnson has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 4th day of March, 2021.

                                                                    /s/ Roy Percy
                                                                   **UNITED STATES MAGITRATE JUDGE**