IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROSCOE JOHNSON**     **PETITIONER**

**v.**     **No. 4:21CV28-SA-RP**

**WARDEN BRANDON SMITH**     **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 29th day of November, 2023.

                                                    /s/ Sharion Aycock
                                                  U. S. DISTRICT JUDGE